IFP SUBMITTED
NO CV-30
RELATED DDJ

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**Michael D. Reeves,**
Plaintiff,

v.

**Department of Homeland Security (DHS),**
**U.S. Immigration and Customs Enforcement (ICE),**
**and Does 1-50,**
Defendants.

**Case No.: [to be assigned]**  8:25-cv-02452-FWS-DFM

**COMPLAINT FOR CIVIL RIGHTS VIOLATIONS UNDER BIVENS, APA, AND RELATED CLAIMS**

| FILED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| 10/29/2025 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY      EC      DEPUTY |
| DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM |

---

# I. INTRODUCTION

1. Plaintiff Michael D. Reeves brings this action against Defendants DHS, ICE, and unidentified agents (Does 1-50) for **ongoing civil rights violations, harassment, and surveillance**.

2. Defendants have engaged in a **pattern of conduct** including: 24/7 surveillance, harassment, interference with housing, public benefits, and personal safety.

3. This complaint addresses **new and ongoing incidents**, distinct from prior claims in the Ninth Circuit (covering older incidents).

---

# II. JURISDICTION AND VENUE

4. Jurisdiction exists under **28 U.S.C. § 1331** (federal question), **Bivens**, and **Administrative Procedure Act (APA)**.

5. Venue is proper in this district because Plaintiff **resides in San Diego, California**, and many acts of harassment and interference occurred in this jurisdiction.

## III. PARTIES

6. Plaintiff Michael D. Reeves is a **resident of San Diego, California**, disabled, and a long-term victim of targeted harassment.

7. Defendant DHS is a federal agency responsible for immigration enforcement.

8. Defendant ICE is a federal agency operating under DHS.

9. Does 1-50 are unidentified agents or contractors acting under DHS or ICE who have participated in surveillance, harassment, and interference with Plaintiff's life, housing, and benefits.

## IV. FACTUAL ALLEGATIONS

**A. Ongoing Harassment and Surveillance**

10. Plaintiff has been subjected to continuous 24/7 monitoring, including **aerial and electronic surveillance**.

11. Defendants' conduct has interfered with Plaintiff's ability to maintain housing, access benefits, and live safely in **San Diego, California**.

12. Since 2025, Plaintiff has endured new harassment incidents, including threats, stalking, and damage to property.

**B. Prior Precedent – Reeves v. United States of America**

13. In *Reeves v. USA*, Case No. 1:19-cv-08629-SN (S.D.N.Y.), the **U.S. government acknowledged** that Plaintiff's injuries sustained during enforcement of a removal order were **separate from the removal action itself**.

14. That settlement establishes that **claims for civil rights violations during immigration enforcement are actionable**.

15. Plaintiff relies on this precedent to support the legitimacy of the current claims.

**C. Evidence**

16. Plaintiff has provided multiple police reports documenting harassment, stalking, and threats.

17. Plaintiff has medical documentation of injuries sustained during prior ICE encounters.

18. Plaintiff has copies of the settlement agreement in *Reeves v. USA*.

**D. Distinction from Ninth Circuit Case**

19. While Plaintiff has a pending appeal in the Ninth Circuit involving **older incidents**, the events described herein are **new, post-filing incidents**, establishing **fresh claims**.

# V. CLAIMS FOR RELIEF

**Count 1 – Civil Rights Violations (Bivens Action)**

20. Defendants, acting under color of federal law, violated Plaintiff's **Fourth, Fifth, and Fourteenth Amendment rights**.

21. Plaintiff suffered **physical, emotional, and financial harm** as a direct result of these violations.

**Count 2 – Administrative Procedure Act (APA) Violations**

22. Defendants acted arbitrarily and capriciously by **failing to follow non-discretionary agency procedures** during enforcement and surveillance activities.

**Count 3 – Intentional Infliction of Emotional Distress**

23. Defendants' conduct was **extreme and outrageous**, causing Plaintiff severe emotional distress.

---

## VI. REQUEST FOR RELIEF

Plaintiff respectfully requests that this Court:

A. Declare Defendants' conduct unlawful under federal law;

B. Issue injunctive relief **prohibiting further harassment and surveillance** in **San Diego, California**;

C. Award damages for **physical, emotional, and financial harm**;

D. Grant **any other relief** the Court deems just and proper.

---

## VII. PRAYER FOR JUDICIAL NOTICE / ATTACHMENTS

24. Attached Exhibits:

- Exhibit A: Police Reports documenting ongoing harassment

- Exhibit B: Settlement agreement in *Reeves v. USA*

- Exhibit C: Medical documentation of injuries

- Exhibit D: Evidence of ongoing interference with housing and benefits

---

**Respectfully submitted,**

**Michael D. Reeves (Pro Se)**
marymary10023@gmail.com
212-804-8432

# EXHIBIT A

Case 8:25-cv-02452-FWS-DFM    Document 1    Filed 10/29/25    Page 7 of 45    Page ID #:7

≡  **M Gmail**      🔍  arrested       ✕  ⛃

**Compose**

| | |
|---|---|
| Inbox | 9,969 |
| Starred | |
| Snoozed | |
| Important | |
| Sent | |
| Scheduled | |
| Drafts | 874 |
| All Mail | |
| Purchases | 89 |
| More | |

**Labels**

CAMPAIGN 1000

Joel Emails

## Arrested illegally again tonight    Inbox ×

**Be Blessed** <marymary10023@gmail.com>                                    Tue, Jul 1, 3:49 AM
to Jordan, cnn, whisper, press, The, tips, Bridget, jtomlin, doge, tips, newtactics, news, press, citybarjusticecenter, press, desk, kmiranda, edfund

To whom it may concern
As I am traveling  in Perry township in Ohio and Ashland county just  few minutes ago, in a shocking case of misuse of power, I was subj
under false pretenses on I-71 South as I was leaving the rest stop.

. The officers claimed I was weaving in and out of traffic, which never happened. Despite this, I was handcuffed, searched, and involunta
waiting for immigration officials to arrive. I am still shaking my head. They never did. I am legally in this country. I have lawful status. I had
justifying such drastic measures. Officers were rude.

Throughout this ordeal, my dog was with me, confused and traumatized by the unnecessary aggression shown by the officers. My dog, I
watch as I was treated like a criminal without any justification. The officers went as far as to suggest sending my dog to an animal rescue
distress to an already traumatic situation.

This is not just about a simple traffic stop—this is about the abuse of power and the violation of my rights. It wasn't the first time I was unf
incident had occurred before. This pattern of targeting and harassment must stop.

I demand an investigation into this wrongful detainment and a review of the procedures that allow such abuses of power to keep happeni
officers are duty-bound to protect the public, not misuse their authority to detain individuals without cause. Such practices tarnish the trus
police, and they must be swiftly corrected.

Q   lieutenant bradley

**Compose**

Inbox                9,969

Starred

Snoozed

Important

Sent

Scheduled

**Drafts**              874

All Mail

**Purchases**           89

More

**Labels**

CAMPAIGN 1000

  Joel Emails

---

**BMMcGill@dps.ohio.gov** <BMMcGill@dps.ohio.gov>                    Tue, Jul 15, 12:56 PM
to me

Good afternoon, Mr. Reeves,

Thank you, for your reply. This complaint was investigated by Lieutenant Bradley Bishop of the Ohio State Highway Patrol, have any further questions regarding this matter, please contact Lieutenant Bradley Bishop at 419-289-09111.

Respectfully,

*Sergeant Brian McGill*
**Administrative Investigations Unit**
**Ohio State Highway Patrol**
**3242 US 422**
**Southington, Ohio 44470**
**Office 330-898-2311**



 **Gmail**

**Michael Reeves <marymary10023@gmail.com>**

## Detained following TRAFFIC CTOP for ICE
2 messages

---

**Be Blessed** <marymary10023@gmail.com>                              Thu, Jul 3, 2025 at 11:12 AM
To: BBISHOP@dps.ohio.gov, "Jordan P. Brewster" <jpbrewsterlaw@gmail.com>

Dear Lt Bishop,
Thank you for calling to speak to me earlier.
I am calling to clarify the purpose of my detention following a recent traffic stop,
as we struggle to understand this recent warrant.
Specifically,
On June 30, 2025, during a traffic stop conducted by Trooper Cornwell around the 190-mile marker in Perry Township, at
about 23:53pm in Ashland County, OHIO, I was unexpectedly detained pursuant to an immigration warrant issued by ICE.
This came as a complete shock to me, as I had no prior knowledge of this warrant until that very moment. Fortunately, the
authorities released me due to ICE's inability to respond or arrive in a timely manner.  It is your understanding that the
warrant was issued in March 2025.  Please confirm.
Thanks
Best wishes
Michael Reeves

---

**BBishop@dps.ohio.gov** <BBishop@dps.ohio.gov>                        Thu, Jul 3, 2025 at 12:04 PM
To: Be Blessed <marymary10023@gmail.com>

Yes sir, that is my understanding, have a good weekend.

---

**From:** Be Blessed <marymary10023@gmail.com>
**Sent:** Thursday, July 3, 2025 11:13 AM
**To:** Bishop, Bradley <BBishop@dps.ohio.gov>; Jordan P. Brewster <jpbrewsterlaw@gmail.com>
**Subject:** [EXTERNAL]Detained following TRAFFIC CTOP for ICE

You don't often get email from marymary10023@gmail.com. Learn why this is important

[Quoted text hidden]

> **CAUTION:** This email was received from an EXTERNAL source, use caution when clicking links or opening attachments.
> If you believe this to be a malicious and/or phishing email, please send this email as an attachment to **Servicedesk@dps.ohio.gov**.

**Detentions Arising from ICE Immigration Warrants: August 4, 2024 – Sayreville Police advised by ICE of delayed response; Michael released after extended hold despite ICE proximity**



**Sayreville Police Department**
**SAYREVILLE, NJ**

**Incident # 24015689**

## Basic Information

| AGENCY | INCIDENT NUMBER | REPORT NUMBER |
|---|---|---|
| SAY-PD | 24015689 | 1 |

| REPORT TYPE | REVIEW STATUS | |
|---|---|---|
| 24015689 | APPROVED | |

| CASE TITLE | LOCATION | |
|---|---|---|
| | 1000 MAIN ST SAYREVILLE, NJ | |

| DATE/TIME REPORTED | DATE/TIME OCCURRED EARLIEST | DATE/TIME OCCURRED LATEST |
|---|---|---|
| 08-04-2024 08:01:11 | 08-04-2024 08:01:11 | 08-04-2024 08:01:11 |

| INCIDENT TYPE/OFFENSES |
|---|
| (4030) OFFICER'S REPORT |

## Person(s)

| ROLE | NAME | SEX | RACE |
|---|---|---|---|
| REPORTING PERSON | MICHAEL DUKE REEVES | MALE | BLACK |

## Vehicle(s)

| ROLE | TYPE | YEAR | MAKE | MODEL | COLOR |
|---|---|---|---|---|---|
| REG# | STATE | STOLEN $ | DATE REC | REC $ | REC BY |
| INVOLVED VEHICLE | | | NISSAN | JUKE S | WHITE |
| ▮ | ▮ | | | | |

## Property

| TYPE | DESCRIPTION | MAKE | MODEL | SERIAL# | VALUE |
|---|---|---|---|---|---|
| | | | | | |

## Officer Report

| REPORT NUMBER | REPORT TYPE | REVIEW STATUS |
|---|---|---|
| 1 | INCIDENT | APPROVED |

### Officer Report Narrative

On 08/04/2024 at 0801 hours, I (Ptl. K. Holon) was dispatched to the front lobby of police headquarters for a walk-in report. Dispatch advised the reporting party wanted to report a suspicious person.

Upon arrival, I met with the reporting party Michael Reeves. Michael seemed to be in an anxious state, he was sitting on the bench in the front lobby continuously moving. I asked Michael, if he was



**Sayreville Police Department**
SAYREVILLE, NJ

**Incident # 24015689**
**Summary**

## Officer Report

. He also advised there was a tracking device found in his car, the device was labeled (ANT-AP). He has since dumped the car in a parking lot and left it in New York. It was at this time, Michael advised he owns a car dealership ███ ████. He stated he got into a new car and has traveled to six different motel/hotel rooms, where he has been followed over the past two weeks. He believes he is being followed by ██████, due to the same knocking on the walls and the same phrases being repeated in each motel he goes too. Michael advised, ████████████████████████████████████████████████████████████████

At this time, I asked Michael for his drivers license, he handed me a medical card with his name and date of birth. I advised Michael to stay seated in the lobby. I spoke with Lt. Moat to advise her of the situation, she advised me to have dispatch run Michael's name in the NCIC system to get a proper identification. Dispatch was able to provide the proper identification for Michael. Dispatch also received a NCIC hit on Michael (NIC/N8880112446) which stated he is a previously deported felon, advising to contact ICE. Lt. Moat began to contact ICE.



**Sayreville Police Department**
**SAYREVILLE, NJ**

**Incident # 24015689**
**Summary**

## Officer Report

While Sgt. Taylor spoke with Michael, he advised all the vehicles information was behind the registration plate. Sgt. Taylor and I removed the vehicle plate to access the information. Sgt. Taylor provided the information to dispatch.

Simultaneously while Sgt. Taylor was confirming the information on the vehicle, Lt. Moat spoke with Officer Michael Rivera #3912 from the New York ICE unit. She stated the NCIC was for an administrative warrant. Ofc. Rivera asked if Michael was detained at this time. Michael was not detained for the purposes of the ICE warrant, but he was being detained until we could verify the registration on his vehicle. Due to the vehicle coming back not on file, we were not going to permit him to drive away in the vehicle. Ofc. Rivera stated it would take at least an hour to respond to police headquarters and due to the administrative warrant, we were unable to arrest Michael.

Dispatch contacted the North Carolina State Police who were able to locate the vehicles registration. Dispatch relayed to us that the license plate was properly registered.

A short time later, we advised Michael he is free to go. Sgt. Taylor provided him with a copy of the complaint form, which he ultimately decided not to complete. I also provided him with a business card and case number. I advised him how he may obtain a copy of the police report. Michael left police headquarters without further incident.

Nothing further.

## Officer Data

| REPORTING OFFICER | DATE/TIME ENTERED |
|---|---|
| HOLON, K ( 208 ) | 08-04-2024 09:37:02 |
| **APPROVING OFFICER** | **DATE/TIME APPROVED** |
| TAYLOR, J ( 163 ) | 08-04-2024 15:05:01 |

**Tow Receipts – November 20, 2024 NSA Arrest, ICE Detention, and Subsequent Warrant**

TOWING SERVICE

**LENNY'S TOWING**
7057 KIT KAT RD.
ELKRIDGE, MD 21075
(410) 379-8004

134182

1/3

**BILL TO**

☐ CASH
☐ CHARGE
☐ ON ACCOUNT

**TOWING SERVICE**

EMAIL

PHONE                    CELL

REQUESTED BY    N·SA        MILEAGE **BEFORE** TOWING

DATE  11 20 24    TIME

YEAR  12    MAKE/MODEL/COLOR  Dodge Journey    VIN

REGISTRATION NO.    TAG #

DRIVER  Rob

TOWED TO  Lenny

LOCATION OF VEHICLE  NSA

| MILEAGE | SERVICE TIME | EXTRA TIME |
|---|---|---|
| FINISH | FINISH | FINISH |
| START | START | START |
| TOTAL | TOTAL | TOTAL |

**DAMAGE RELEASE**

I HAVE BEEN ADVISED THAT MY VEHICLE MAY BE DAMAGED IF WINCHED, TOWED, UNLOCKED OR LEFT ON UNATTENDED PREMISES. I RECOGNIZE THE DIFFICULTY INVOLVED AND I AGREE NOT TO HOLD THE TOWING SERVICE RESPONSIBLE FOR SUCH DAMAGE SHOULD IT RESULT.

_____    DATE

SIGNATURE OF CAR OWNER OR AGENT

VEHICLE WILL NOT BE RELEASED UNTIL TOWING SERVICE IS PAID

REMARKS:

| | |
|---|---|
| MILEAGE CHG. | |
| TOWING CHG. | 140 00 |
| LABOR CHG. | |
| STORAGE CHG. | |
| ADM | 50 00 |
| **TOTAL** | 190 00 |

SIGNATURE OF TOW OPERATOR                    DATE

TSO N/C



TRIESCHMANS LENNYS TOWIN
7057 KIT KAT RD
ELKRIDGE, MD 21075

SALE

Store: 4616
REF#: 00000001
Batch #: 238    RRN: 432513500024
08:12:38
11/20/24
Trans ID: 584325475589742
APPR CODE: 081238
Chip
VISA
**/**
************0199

AMOUNT    $190.00

APPROVED

VISA DEBIT
AID: A000000000031010  00 80 00
TVR: 80 00 80 00
TSI: 68 00
CUSTOMER COPY

**Detained by the Newark Police Department on June 15, 2025, pursuant to an immigration warrant, after officers were called to protect me from a group of strangers who were harassing me.**



Airbnb Support

male and female that were planted
in that room to disturb me, a naked
black girl, apparently to trap me
into some no sesnse

In the front room and an unknow
group I. The room stop of me, I h
not slept,



**Image of Vehicle Tracking Device with Serial Number, Microphone, and Camera Likely Installed in Connection with Immigration Warrant**



## EXHIBITS B

This exhibit includes the settlement agreement in
Reeves v. United States (New York), in which the United
States government acknowledged that Plaintiff's injuries
sustained during enforcement of a removal order were
separate from the removal action itself. The agreement
demonstrates that claims for independent civil rights
violations and related harm can proceed, and serves as
factual and legal precedent supporting Plaintiff's current
claims.

**CASE SETTLED**

 **Gmail**

Michael Reeves <marymary10023@gmail.com>

## Fwd: Reeves v. USA, 19 Civ. 8629 (SN) - August 6, 2024 Mediation

**Jordan P. Brewster** <jpbre⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛    Mon, Sep 23, 2024 at 5:01 AM
To: Michael Reeves <marym⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

Jordan P. Brewster, Esq.
Law Office of Jordan P. Brewster
14 Pine Street, Suite 7
Morristown, N.J. 07960
Phone - 973-500-6254
Fax - 973-795-7125
www.jpbrewsterlaw.com

*CONFIDENTIALITY NOTICE *

THIS ELECTRONIC MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE REVIEW OF THE PARTY TO WHOM IT IS ADDRESSED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY RETURN IT TO THE SENDER. UNINTENDED TRANSMISSION SHALL NOT CONSTITUTE WAIVER OF THE ATTORNEY-CLIENT OR ANY OTHER PRIVILEGE.

** TAX ADVICE DISCLOSURE **

PURSUANT TO INTERNAL REVENUE SERVICE CIRCULAR 230, WE ARE REQUIRED TO ADVISE YOU THAT IF THERE IS ANY TAX ADVICE CONTAINED HEREIN, IT IS NOT INTENDED TO BE USED, AND CANNOT BE USED, BY THE ADDRESSEE OR ANY TAXPAYER, FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER THE INTERNAL REVENUE CODE.

---------- Forwarded message ---------
From: **Noah Hanft** <⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Date: Sat, Sep 21, 2024 at 9:03 AM
Subject: Re: Reeves v. USA, 19 Civ. 8629 (SN) - August 6, 2024 Mediation
To: Brennan, Mary Ellen (USANYS) 1 ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
<jr⬛⬛⬛⬛⬛⬛⬛⬛

Good morning. I look forward to working with you both towards a resolution.
Please see a Zoom invite below for our 10am mediation on Monday.
Enjoy the weekend!

Noah Hanft is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://us06web.zoom.us/j/88094658248?pwd=7YHsLliZM0H14HZZ71yakWJtsLqDyM.1

Meeting ID: 880 9465 8248
Passcode: 611154

Noah J. Hanft

AcumenADR LLC

Suite 1A

15 West 81st Street
New York, N.Y. 10024
347 686-8450
www.acumenadr.com

**From:** Brennan, Mary Ellen (USANYS) 1 <
**Sent:** Friday, September 20, 2024 7:26 PM

**To:** Noah Hanft
**Subject:** RE: Reeves v. USA, 19 Civ. 8629 (SN) - August 6, 2024 Mediation

Good evening Mr. Hanft and Mr. Brewster,

We have a legal extern from NYU working in our office this semester, Todd Warshawsky.  Would either of you have an objection to Todd attending the mediation on Monday to observe?

Thank you, and have a nice weekend,

Mary Ellen

**From:** Noah Hanft <
**Sent:** Thursday, September 12, 2024 12:23 PM
**To:**
**Cc:** Brennan, Mary Ellen (USANYS) 1
**Subject:** [EXTERNAL] Re: Reeves v. USA, 19 Civ. 8629 (SN) - August 6, 2024 Mediation

That is correct.

Noah Hanft

AcumenADR LLC

www.acur

On Sep 10, 2024, at 7:15 PM,                          wrote:

Noah,

This mediation is to be held by Zoom correct?

- JPB

<image001.png>

*CONFIDENTIALITY NOTICE *

THIS ELECTRONIC MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED
ONLY FOR THE REVIEW OF THE PARTY TO WHOM IT IS ADDRESSED. IF YOU HAVE RECEIVED THIS
TRANSMISSION IN ERROR, PLEASE IMMEDIATELY RETURN IT TO THE SENDER. UNINTENDED
TRANSMISSION SHALL NOT CONSTITUTE WAIVER OF THE ATTORNEY-CLIENT OR ANY OTHER
PRIVILEGE.

** TAX ADVICE DISCLOSURE **

PURSUANT TO INTERNAL REVENUE SERVICE CIRCULAR 230, WE ARE REQUIRED TO ADVISE YOU
THAT IF THERE IS ANY TAX ADVICE CONTAINED HEREIN, IT IS NOT INTENDED TO BE USED, AND
CANNOT BE USED, BY THE ADDRESSEE OR ANY TAXPAYER, FOR THE PURPOSE OF AVOIDING
PENALTIES THAT MAY BE IMPOSED UNDER THE INTERNAL REVENUE CODE.

**From:** Noah Hanft
**Sent:** Friday, September 6, 2024 12:11 PM
**To:** Brennan, Mary Ellen (USANYS) 1
**Subject:** Re: Reeves v. USA, 19 Civ. 8629 (SN) - August 6, 2024 Mediation

Good afternoon.

I am reaching out to confirm that both sides are prepared to go forward on 9/23 at 10am.

I have another mediation where counsel are seeking that date, so please let me know as soon as possible.

Also, I do not believe I have received mediation statements as of yet. Please send (or re-send if I missed
them) by Sept. 13.

Thank you!

Noah

Noah J. Hanft

AcumenADR LLC

Suite 1A

15 West 81st Street

New York, N.Y. 10024

347 686-8450

www.⬛⬛⬛⬛⬛⬛

---

**From:** Brennan, Mary Ellen (USANYS) 1 ⬛⬛⬛⬛⬛⬛@usdoj.gov>
**Sent:** Thursday, August 1, 2024 12:04 AM
**To:** Noah Hanft ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Subject:** RE: Reeves v. USA, 19 Civ. 8629 (SN) - August 6, 2024 Mediation


Thanks very much.  I look forward to it as well.

---

**From:** Noah Hanf⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Sent:** Monday, July 29, 2024 11:16 AM
**To:** ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ Brennan, Mary Ellen (USANYS) 1 ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Subject:** [EXTERNAL] Re: Reeves v. USA, 19 Civ. 8629 (SN) - August 6, 2024 Mediation


Thank you both.

I look forward to working with you on Sept. 23.

Please see new invite below.

Best,

Noah

---

Noah Hanft is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

. l

Meeting ID: 865 8039 6820
Passcode: 460963

⬛⬛⬛⬛nft

Acumen,⬛⬛⬛⬛⬛⬛

Suite 1A

15 West 81st Street

New York, N.Y. 10024

⬛⬛⬛⬛⬛⬛⬛⬛⬛

www.acumenadr.com

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Monday, July 29, 2024 7:06 AM
**To:** Brennan, Mary Ellen (USANYS) 1 ▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** Noah Hanft <▓▓▓▓@▓▓▓▓▓▓.com>
**Subject:** Re: Reeves v. USA, 19 Civ. 8629 (SN) - August 6, 2024 Mediation

September 23rd will be made available by Plaintiff accordingly.

JPB

Sent from my iPhone

On Jul 28, 2024, at 8:25 PM, Brennan, Mary Ellen (USANYS) 1 <▓▓▓▓▓▓▓▓▓▓▓▓▓▓> wrote:

Thank you, Mr. Hanft.  September 23 would work for the United States.

**From:** Noah Hanft <▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Thursday, July 25, 2024 10:44 PM
**To:** Brennan, Mary Ellen (USANYS) 1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** ▓▓▓▓▓▓▓▓▓▓
**Subject:** [EXTERNAL] Re: Reeves v. USA, 19 Civ. 8629 (SN) - August 6, 2024 Mediation

Dear ▓▓▓▓▓▓▓▓▓▓▓▓

I understand that Ms. Brennan is seeking an adjournment of the mediation scheduled for August 6. until September so as to provide time for her to obtain settlement authority. Mr. Brewster does not consent to the adjournment. As this mediation has already been adjourned, I understand Mr. Brewster's objection to a further adjournment.

Mr. Brewster, I would ask that you reconsider as it would be clearly unproductive to proceed where settlement authority is lacking. I suggest that we agree on a September date if Ms. Brennan will represent that she will definitely have reasonable settlement authority by the date selected.

I propose Sept. 23. Please let me know whether that would be acceptable to both sides.

Thanks!

Noah



**From:** ▆▆▆▆▆▆▆▆▆▆ (USANYS) 1 ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
**Sent:** Tuesday, July 23, 2024 2:20 PM
**To:** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
**Cc:** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
**Subject:** Reeves v. USA, 19 Civ. 8629 (SN) - August 6, 2024 Mediation

▆▆▆▆▆▆▆

Mr. H▆▆▆▆

I hope you are well.

First, I write to seek an adjournment of the mediation currently scheduled for August 6, 2024, for at least 40 days, *i.e.*, for a date during the last two weeks of September.  I seek this adjournment because I require additional time to obtain settlement authority from the relevant government agency.  Although I am making every effort to secure settlement authority as soon as possible, I do not expect to have authority to enter a settlement on or before August 6, and the adjournment would ensure that the mediation is as productive as possible.  I relayed this issue to Mr. Brewster earlier this month and subsequently asked him to provide plaintiff's availability for an adjourned mediation; Mr. Brewster informed me today, however, that Plaintiff does not consent to adjourning the mediation.

Second, to the extent the mediation is not adjourned, I write on behalf of both parties to seek a brief extension of the deadline to submit mediation statements, which are due today, July 23, 2024.  Plaintiff's deposition is scheduled to occur tomorrow, July 24, 2024; it was previously noticed for Friday, July 19, 2024, but adjourned because my office was impacted by the Crowdstrike technology outage.  As a result, the parties will need additional time to prepare and submit mediation statements, to take into account Plaintiff's testimony and any other developments during the deposition, and ask that they be given until Monday, July 29, to do so.

Thank you for your consideration of this request.



Assistant United States Attorney

United States Attorney's Office

Southern District of New York

86 Chambers Street, 3rd Floor

New York, NY 10007

p:  (212) 637-2652

f:  (212) 637-2750

# EXHIBIT C

**FIDELIS CARE®**

**Return Mail Only:**
Member Services
PO Box 19166
Long Island City, NY 11101

**Fidelis Care**
25-01 Jackson Avenue
Long Island City, NY 11101
1-888-FIDELIS (1-888-343-3547)

March 27, 2023

Michael Reeves
217 Boerum St 3B
Brooklyn, NY 11206

## APPROVAL NOTICE

Enrollee ID:            74█████
Coverage Type:          Medicaid
Service:                ████████████████

                        Authorized Units: 1449
                        14 hours/week Consumer Direct, 1 Client
Provider:               Freedom Care, LLC
Plan Reference Number: 230863993

Dear Michael Reeves:

You are getting this notice because your health plan has approved your 14 hours/week Consumer Direct, 1 Client.

but you will

yment can be
r is to confirm

APRAPL8000 - 1

NYC HEALTH+ HOSPITALS | Gotham Health
Gouverneur

Patient: Michael Reeves                                          Date: Apr 3, 2023
DOB
Sex:

217 BOERUM ST APT. 3B
BROOKLYN NY 11206

Dear Specialist :
I am referring my patient, Michael Reeves, to you for evaluation.

Referral details:
Ambulatory Referral to Orthopedics
Reason for Referral: patient with history of bilateral shoulder injuries s/p surgical management.  History of glenohumeral dislocation of right shoulder, as well as well as glenoid fracture.  History of left supraspinatus full thickness tear, tear of long head of biceps.
Expected timeframe/priority: Routine
Number of appointment(s) requested: 12
Diagnosis: Chronic pain of both shoulders (M25.511,G89.29,M25.512)
Reason for Referral: General
Patient has verbally agreed to referral and acknowledged that this referral may result in an electronic consultation, televisit, or in person visit, and that coinsurance, copays, or other costs may apply, for which the patient will be responsible to pay: Yes

I appreciate your assistance in my patient's care and look forward to your findings and recommendations. Please share your findings with my office so that I can make sure to follow-up. You may reach me at the contact information below.

My information:
John Thomas Martin, MD
Gouverneur Primary Care
227 Madison Street
New York NY 10002
Phone: 212-238-7444
Fax: 212-238-7668

---

Authorized by: John Thomas Martin, MD

```
Printed: Jul 13, 2018  12:33 pm  |  Reeves,Michael
   Gouverneur Diagnostic &         |  780- Surgery
       Treatment Center            |  DOB: Jun 4, 1969
       227 Madison Street          |
       New York, NY 10002          |
```

Jun 6, 2018  02:04 pm :  Ambcare Note 780 - Surgery - Trauma

```
Visit Date/Time           : Wed, 06 Jun 2018  1404
Ambcare Service           : 780 - Surgery - Trauma
Language                  :
  Preferred Language(s)   : English
 HPI                      :
  Chief Complaint         : pain
  HPI                     :
    49yoM c/o increased abd pains swelling constipation after large dog
    struck his abdomen 6 weeks ago, also sustained dogbite left abdomen,
    tx'd w shot and antibiotics Jersey City ER.  Subsequently went to
    Jacobi-CT done and told he was full of feces, given Colace dulcolax,
    miralax, exlax.  States no improvement---last BM 1 week ago;  went to
    BH ER---given enema but w little result.  Passing flatus, nausea,
    vomiting but not bilious.

    Hx of GSW abd 2011---exc bower, liver resx;  thinks still has spleen
    Ventral hernia repair 2016 BH---pt wishes to change his mesh, states
    he did some research on mesh
Physical Examination      :
  Constitutional          : Appears stated age In no acute distress
  Psychiatric             : alert, oriented x 3
  Neck                    : Supple no masses, no lymphadenopathy
  Abdomen                 : soft, mildly distended abd, nonspecific
                            tenderness, old scars
  Musculoskeletal         : normal gait
  Skin                    : normal
Patient Education         :
  Patient Education -     : 1Treating Constipation382167en62568431English
  Problems
Past Medical/Surgical History:
  Past Med/Surg Hx        :
    h/o gun shot wound-multiple organ removal 2011
    ventral hernia repair w mesh 2016 BH
Family/Social History     :
  Family/Social Hx        :
    Dm,htn-parents
    Born in Liberia,40 year s in usa
    College graduate
    Smoker- 4cig/daily
    Drinks socially
    No drugs
    Not working
Pain                      : no change
Domestic Violence         : no
Allergy (Meds)            : No Known Drug Allergies
Allergy (Environmental)   :
Allergy (Latex)           :
```

```
Printed Jul 13, 2018  12:33 pm by Infante,Regina E            p.  1  of  2
```

LDSS-486T (6/12)

# MEDICAL REPORT FOR DETERMINATION OF DISABILITY

NEW YORK STATE

DEPARTMENT OF HEALTH

## SECTION I – IDENTIFICATION (To Be Completed by Submitting Agency)

**AGENCY'S NAME AND ADDRESS:**
BROOKLYN MEDICAID OFFICE
785 ATLANTIC AVE
BROOKLYN, NY 11238

**PATIENT'S NAME** (Last, First, Middle):
REEVES, MICHAEL D

61503C

**PATIENT'S ADDRESS** (Street, City, State & Zip Code):
217 BOERUM ST, 3b
Brooklyn, NY 11206

SOCIAL SECURITY NUMBER:

SEX: ☒ MALE ☐ FEMALE

**DATE OF BIRTH:** 06-04-1969

## SECTION II – MEDICAL REPORT – NOTICE TO PHYSICIAN

This individual has made an application (reapplication) for Disability Medicaid. Your cooperation in completing this form to show the individual's current condition, focusing on both remaining capabilities and limitations, is requested. Your promptness will ensure an early decision on the individual's application.

*Please return the completed form to the agency in Section I above, along with a copy of all medical records for the past 12 months.*

**Diagnosis(es):**
Chronic injuries from gunshot, workplace accident resulting in limited range of motion of arms, shoulders, chronic pain / unable to work for the past 12 months due to injuries

**Date of last exam:** _____

**Height:** _5_ ft. _9_ in.

**Weight:** 192 lbs.

### Exertional Functions. Please indicate what the individual is CAPABLE of doing:

| Lifting: | Carrying: | Standing: | Walking: | Sitting: | Pushing: | Pulling: |
|---|---|---|---|---|---|---|
| ☐ < 10 lbs. | ☐ < 10 lbs. | ☐ < 2 hrs./day | ☒ < 2 hrs./day | ☐ < 6 hrs./day | ☒ Using R arm | ☒ Using R arm |
| ☐ Max. 10 lbs. | ☐ Max. 10 lbs. | ☐ 2 hrs./day | ☐ 2 hrs./day | ☐ 6 hrs./day | ☒ Using L arm | ☒ Using L arm |
| ☒ Max. 20 lbs./freq. 10 lbs. | ☐ Max. 20 lbs./freq. 10 lbs. | ☐ 6 hrs./day | ☐ 6 hrs./day | | ☒ Using R leg | |
| ☐ Max. 50 lbs./freq. 25 lbs. | ☐ Max. 50 lbs./freq. 25 lbs. | | | | ☐ Using L leg | **Limitations |
| ☐ > 50 lbs. | ☐ > 50 lbs. | | | | | |

### Non-Exertional Functions. Please check if LIMITATIONS exist in any of the areas below:

**Sensory:** ☒ No Limitations
☐ Seeing
☐ Hearing
☐ Speaking

**Postural:** ☐ No Limitations
☒ Stooping/Bending
☒ Crouching/Squatting
☒ Climbing

**Manipulative:** ☐ No Limitations
☒ R Upper Extremity
☒ L Upper Extremity

**Environmental:** ☒ No Limitations
☐ Tolerating dust, fumes, extremes of temperature
☐ Tolerating exposure to heights or machinery
☐ Operating a motor vehicle

**Mental:** ☐ No Limitations
☐ Understanding, carrying out, remembering instructions
☐ Making simple work-related decisions
☐ Responding appropriately to supervision, co-workers, work situations
☒ Dealing with changes in a routine work setting

**Signature of Physician:** John Martin MD

**Specialty:** INTERNAL MEDICINE

**(Print Name):** JOHN MARTIN, MD

**Office Address:** 227 MADISON ST, NEW YORK, NY 10002

**Date Signed:** 01/03/24

**Office Phone Number:** 212-238-7298

PLEASE RETURN THIS FORM ALONG WITH A COPY OF ALL MEDICAL RECORDS FOR THE PAST 12 MONTHS.

# EXHIBIT IV



Michael Reeves <marymary10023@gmail.com>

## Notice of Formal Complaint

**Office of Mayor Todd Gloria** <mayortoddgloria@sandiego.gov>          Mon, Sep 22, 2025 at 1:45 PM
Reply-To: Office of Mayor Todd Gloria <mayortoddgloria@sandiego.gov>
To: Be Blessed <marymary10023@gmail.com>



Hello Michael,

Thank you for contacting our office regarding your experience at the Safe Parking Program in Spring Valley.

Unfortunately, Spring Valley is outside the jurisdiction of the City of San Diego. However, I would be happy to connect you with your County representatives if you haven't already been in touch with them.

Let me know how you would like to proceed. Thank you!


Fatima Maciel
Community Representative
Office of San Diego
Mayor Todd Gloria

Get the latest news from the City on Inside San Diego

Learn More!

Sign up for the "From the Mayor's Desk" newsletter here

(619) 236-6330
www.sandiego.gov/mayor

[69WPNG-GEGGD]

 **Gmail**

Michael Reeves <marymary10023@gmail.com>

## OMB-21475-OMB RE: Urgent Safety Concerns at Safe Parking Location – 1297 Magnolia Avenue

1 message

**Ombudsperson** <sdhcinfo@sdhc.org>                                                    Mon, Sep 8, 2025 at 4:52 PM
To: Be Blessed <marymary10023@gmail.com>, Ombudsperson <sdhcinfo@sdhc.org>

Hello,

The property that you are referring to is outside of SDHC's jurisdiction. For your convenience, I am providing you with the correct housing agency's contact information:

> **County of San Diego Housing Agency**
> **Department of Housing and Community Development**
> **3989 Ruffin Road**
> **San Diego, Ca 92123**
> **Main: 858.694.4801**
> **877.478.5478 – Toll Free**
> **Fax: 858.467.9713**
> **Waitlist Hotline: 858.694.4890**
> **Ombudsperson: HCDS_RA_Ombudsperson.HHSA@sdcounty.ca.gov**
> **Website: www.sdhcd.org**

Best,

San Diego Housing Commission

---

**From:** Be Blessed <marymary10023@gmail.com>
**Sent:** Monday, September 1, 2025 7:36 AM
**To:** Ombudsperson <sdhcinfo@sdhc.org>
**Subject:** Urgent Safety Concerns at Safe Parking Location – 1297 Magnolia Avenue

> **External email. Use caution when opening attachments or links from unknown senders.**

---

Dear San Diego Housing Commission,

I am writing as a participant at the Safe Parking location at **1297 Magnolia Avenue** to raise urgent concerns about harassment and safety incidents that occurred during the night of **August 31, 2025**, and ongoing patterns that threaten the integrity of the program.

From approximately **midnight until after 6:00 a.m.**, vehicles repeatedly drove at **exceptionally high speeds** above the site, stopping and revving engines directly over participant vehicles in a **repetitive, patterned manner**. One vehicle with a loud modified muffler passed more than two dozen times. This activity prevented me from sleeping and created an atmosphere of intimidation. While I understand this site is near a highway, normal traffic would not display such coordinated behavior.

Additionally, I have observed suspicious participant behavior: an individual followed me to the site, signed up directly after I did, and showed up **Friday and Saturday nights after 2:30 a.m.**, parking directly behind my vehicle with a clear line of sight into my car, then leaving around **7:00 a.m.** This individual did not appear on nights when staff were present.

Most concerning, when I woke in the morning, I found the **small walk-in gate next to my vehicle had been left wide open**, even though the facility was otherwise locked. This breach happened while I was asleep and needs immediate investigation. It compromises the program's credibility as a safe environment.

I respectfully request that SDHC:

1. **Document these incidents** in program records.
2. **Investigate the suspicious participant behavior**.
3. **Investigate the security breach involving the walk-in gate**.
4. **Coordinate with law enforcement** as necessary to monitor unusual traffic patterns and ensure participant safety.
5. **Provide guidance or measures** to maintain the safety and integrity of the Safe Parking program.

Thank you for your urgent attention to this matter. Please confirm receipt of this complaint and advise on the steps that will be taken to address these issues.

Sincerely,
**Michael Reeves**
Participant, Safe Parking Program

 **Gmail**

Michael Reeves <marymary10023@gmail.com>

---

## Urgent Safety and Harassment Concerns at Safe Parking Location – 1297 Magnolia Avenue

1 message

---

**Be Blessed** <marymary10023@gmail.com>                                    Mon, Sep 1, 2025 at 10:38 AM
To: PublicComment@sdcounty.ca.gov
Cc: PublicComment@sdcounty.ca.gov

Dear Members of the San Diego County Board of Supervisors,

I am writing as a participant at the Safe Parking location at **1297 Magnolia Avenue** to bring to your attention urgent safety and harassment concerns that occurred during the night of **August 31, 2025**, as well as ongoing issues that threaten the integrity of the Safe Parking program.

From approximately **midnight until after 6:00 a.m.**, vehicles repeatedly drove at **exceptionally high speeds** above the site, deliberately stopping and revving engines directly over participant vehicles in a **patterned and coordinated manner**. One vehicle with a loud modified muffler passed more than two dozen times. While I understand this site is near a highway, normal traffic would not display such repetitive, targeted behavior.

Additionally, I have observed suspicious participant activity: an individual followed me to the site, signed up immediately after I did, and appeared **Friday and Saturday nights after 2:30 a.m.**, parking directly behind my vehicle with a clear line of sight into my car before leaving around **7:00 a.m.** This person did not appear on nights when staff were present, raising concerns about misuse of the program.

Most concerning, when I woke in the morning, I found the **small walk-in gate next to my vehicle left wide open**, even though the facility was otherwise locked. This breach happened while I was asleep and requires immediate investigation, as it compromises the safety and credibility of the program.

I respectfully request that the Board of Supervisors:

1. **Document these incidents** and review safety protocols for the site.

2. **Investigate the suspicious participant activity** and determine whether program rules are being misused.

3. **Investigate the walk-in gate security breach** to ensure participant safety.

4. **Coordinate with law enforcement or relevant agencies** to monitor unusual traffic patterns above the site.

5. **Take measures to preserve the integrity and safety** of the Safe Parking program for all participants.

Thank you for your attention to this urgent matter. Please confirm receipt of this complaint and advise on the steps that will be taken to address these safety concerns.

Sincerely,
**Michael Reeves**
Participant, Safe Parking Program

Gmail

Michael Reeves <marymary10023@gmail.com>

## Urgent — Concern re: voucher room assignments at [Hotel Name]

**Jimenez, Dahiana** <Dahiana.Jimenez@sdcounty.ca.gov>                    Mon, Sep 22, 2025 at 2:14 PM
To: Be Blessed <marymary10023@gmail.com>

Good morning Mr. Reeves,

Can you give me a call when you get a chance. Thank you.

Respectfully,

**Dahiana Jimenez,** Social Worker III
Pronouns: She/Ella/Hers
Office of Homeless Solutions

Housing and Community Development Services

County of San Diego, Health and Human Services Agency

C: 619-851-8051

 

*HHSA Office of Homeless Solutions values your opinion!* Please click here to complete a 1 minute Customer Service Experience Survey.

**Confidential Notice:** This email message, including any attachments, is for the sole use of the intended person or entity and may contain confidential and privileged information protected from disclosure by applicable laws and regulations.  If the reader of this email is not the intended recipient or his/her authorized agent, the reader is hereby notified that any review, dissemination, distribution or copying of this email is prohibited by law. If you have received this email in error, please notify the sender by replying to this message and destroy all copies of the original message immediately.  Unintended transmission shall not constitute waiver of any applicable legal protection afforded to this e-mail and any attachments.

**Is it worth a tree to print me? Be Green!**

[Quoted text hidden]

 Gmail                                              **Michael Reeves <marymary10023@gmail.com>**

---

## Office of Homeless Solutions.
1 message

---

**Lara, Omar** <Omar.Lara@sdcounty.ca.gov>                        Fri, Aug 22, 2025 at 1:36 PM
To: "marymary10023@gmail.com" <marymary10023@gmail.com>

Hey Michael

This is my email address. Talk to you at 130 pm today.

Thanks

**Omar Lara,** Social Worker III
Office of Homeless Solutions

Housing and Community Development Services

County of San Diego, Health and Human Services Agency

C: 619-629-9172

SanDiegoCounty.gov | News Updates | Engage



 

***HHSA Office of Homeless Solutions values your opinion!*** *Please click here to complete a 1 minute Customer Service Experience Survey.*

 Gmail

**Michael Reeves <marymary10023@gmail.com>**

## Request for Assistance with Flat Tire Repair

Lara, Omar <Omar.Lara@sdcounty.ca.gov>                    Fri, Oct 3, 2025 at 4:43 PM
To: Be Blessed <marymary10023@gmail.com>, "Jimenez, Dahiana" <Dahiana.Jimenez@sdcounty.ca.gov>

Good morning, Michael

We would need you to request services through Equus. Since you are part of their program and their case management. If equus cant assist I would need something writing and I can ask my team if we can assist.

Thank You.

**Omar Lara,** Social Worker III
Office of Homeless Solutions

Housing and Community Development Services

County of San Diego, Health and Human Services Agency

C: 619-629-9172

SanDiegoCounty.gov | News Updates | Engage

  

 

***HHSA Office of Homeless Solutions values your opinion!*** *Please click* here *to complete a 1 minute Customer Service Experience Survey.*

[Quoted text hidden]



Michael Reeves <marymary10023@gmail.com>

## Urgent: Unsafe & Unsanitary Room Conditions — Request for Immediate Room Change
2 messages

**Be Blessed** <marymary10023@gmail.com>                                      Thu, Oct 9, 2025 at 2:41 AM
To: Cassandra.holden@equusworks.com, "Lara, Omar" <Omar.Lara@sdcounty.ca.gov>, HCDS-OHS.HHSA@sdcounty.ca.gov, "Jimenez, Dahiana" <dahiana.jimenez@sdcounty.ca.gov>

Dear Cassandra,

I need to urgently report serious safety and sanitation issues with the room I was placed in today.

The door barely locks and can be pushed open easily. No working ice machine.  The lampshades are filthy, with what looks like Kool-Aid splashed all over them. There are stains on the bed sheet that appear to have been covered rather than replaced. The overall condition of the room suggests it was not properly cleaned or prepared.

Since arriving, there has been nonstop, deliberate stomping and dragging from the room directly above me. In three years of experiencing harassment, this is by far the most persistent and intense top-floor noise I've encountered. My service dog has been visibly alarmed, staring at the ceiling the entire time.

What's particularly concerning is that the **pattern of noise — heavy dragging of furniture from one end of the room to the other, slamming into the wall, then repeating in the opposite direction — is identical to the behavior I experienced at my previous hotel**. The fact that the same individual I observed working at that previous location now works here is alarming to me.

It also concerns me that this move appears to have been initiated by the hotel, transferring me from a more secure placement with less harassment to a room that is less secure, pre-planted stalker and in worse condition.

I want to be clear: I do not want to be transferred to another hotel. I am requesting an **immediate room change within this hotel** to a safer, cleaner room — ideally a corner or top-floor room, as this has proven effective in reducing issues in the past.

I'm raising this now to create a clear record and ask for prompt assistance in resolving this.

Thank you,
**Michael Reeves**

**5 attachments**



**broken cabinet.jpg**
3023K

 Gmail

Michael Reeves <marymary10023@gmail.com>

## Second Request for Intervention Regarding Ongoing Harassment
1 message

**Be Blessed** <marymary10023@gmail.com>                                          Sun, Oct 5, 2025 at 12:39 PM
To: Cassandra.holden@equusworks.com, "Lara, Omar" <Omar.Lara@sdcounty.ca.gov>, "Jimenez, Dahiana"
<dahiana.jimenez@sdcounty.ca.gov>, HCDS-OHS.HHSA@sdcounty.ca.gov, "Jordan P. Brewster"
<jpbrewsterlaw@gmail.com>

Dear Cassandra,

AttorneyJordan P. Brewster, is copied on this email for informational purposes only.

This is my second letter asking you to please speak with the clients and/or staff to stop the ongoing harassment. The behavior continues throughout the night — including slamming the clothing racks, stomping on the floor above me, and kicking my wall. I have reported these incidents to the hotel on three separate occasions and once directly to you, but I have received no acknowledgment or response. My complaints have been met with silence.

I want to be clear that I am not trying to cause any trouble. I understand that the individuals involved may deny these actions, but there are ways to prove what is happening, and I have successfully done so in the past. I prefer not to escalate matters to that level.

To avoid any potential confrontations, I rarely leave my room except to get ice or take my dog outside. Despite these efforts, the harassment continues. I am very familiar with how coordinated pressure can be applied in situations like this, and I recognize the tactics being used. If necessary, I can subpoena video footage and relevant records (with appropriate redactions) to support my claims — though that is not the route I want to take.

However, the ongoing harassment is leaving me with fewer options. I do not want to be unfairly labeled, lied about, or removed from the program for simply asking for basic respect and safety. I am asking you once again, respectfully but urgently, to reach out directly to the hotel and instruct them to stop this behavior immediately. If it continues, I will have no choice but to pursue legal remedies, which will bring serious consequences for all responsible parties.

Thank you for taking this matter seriously and for intervening promptly.

Sincerely,
Michael Reeves

 **Gmail**

Michael Reeves <marymary10023@gmail.com>

## Urgent Assistance Needed – Checkout, Tire Repair, and Camera Access

1 message

**Be Blessed** <marymary10023@gmail.com>                                          Tue, Oct 7, 2025 at 12:05 PM
To: Cassandra.holden@equusworks.com, "Lara, Omar" <Omar.Lara@sdcounty.ca.gov>, "Jimenez, Dahiana" <dahiana.jimenez@sdcounty.ca.gov>, HCDS-OHS.HHSA@sdcounty.ca.gov, "Jordan P. Brewster" <jpbrewsterlaw@gmail.com>

**Subject:** Urgent Assistance & Demand for Surveillance Footage

Hi Cassandra,

The hotel has advised me that I must have my belongings removed by **11:00 AM**. I understand that I have already been checked out, but I currently **have no place to store the items** I retrieved from storage. I urgently need guidance on where I am going next and how to manage my belongings.

Additionally, I need **immediate assistance with getting my tire fixed** so that I can travel safely to the next hotel. Please provide information on the nearest repair location or any arrangements that can be made.

The hotel also mentioned that you stated you could see the camera. I am **formally requesting access to the surveillance footage** from **last night between 12:00 AM and 1:30 AM**, as an individual carrying a long stick was hiding at my door and attempting to get into my room. My service dog detected the person and alerted me to the danger.

Since you've indicated the camera can be viewed, please provide:

1. A copy or viewing of the footage from last night between 12:00 AM–1:30 AM.

2. An explanation of what, if anything, I did to cause my relocation, as I have not been informed of any wrongdoing.

This is the second time I feel my ability to get situated has been interfered with, and I have been trying to contact you multiple times without success. Please respond as soon as possible.

Thank you,